224

**HALLMARK CARDS, INC.,
Plaintiff–Appellee,**

v.

**GROUP ONE LTD., Defendant–
Appellant.**

**No. 04–1378.**

United States Court of Appeals,
Federal Circuit.

Aug. 6, 2004.

Patrick Lysaught, Principal Attorney, Baker, Sterchi, Kansas City, MO, for Defendant–Appellant.

Michael E. Florey, Principal Attorney, Fish & Richardson, Minneapolis, MN, for Plaintiff–Appellee.

*ORDER*

Upon review of the file,

IT IS ORDERED THAT:

The court's July 30, 2004 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.